IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02027-PAB-KLM

MARTHA BRAVO,

    Plaintiff,

v.

THE DIPLOMA MILL, a Colorado corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Protective Order** [Docket No. 14; Filed November 29, 2010] (the "Motion").  The Motion is opposed.  The Motion does not comply with the Court's procedures for resolving discovery disputes as set forth in Order Nos. 3, 11 & 12.  Specifically, "no opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR. 7.1A. If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue. Both of these steps must be completed before any contested discovery motions are filed with the Court."  *See, e.g.*, *Order* [#3] at 2.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  If the parties are unable the resolve the dispute after conferring, they shall contact the Court on a single line at **(303) 335-2770** to resolve.

    Dated:  November 29, 2010