IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02027-PAB-KLM

MARTHA BRAVO,

    Plaintiff,

v.

THE DIPLOMA MILL, a Colorado corporation,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 18; Filed November 30, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Stipulated Protective Order Concerning Confidential Information is accepted for filing and entered as an Order of the Court as of today's date.

    Dated: December 1, 2010